**2013–1442. Murray v. Metz.**
In Mandamus. On complaint in mandamus of Sonny Murray and on S.Ct.Prac.R. 12.04 determination,

cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.